UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Guglielmo, | |
| Plaintiff, | 19-cv-11191 (AJN) |
| –v– | ORDER |
| Atlanta Network Technologies, Inc., | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

In light of the Court's grant of an extension of time to file an answer to May 6, 2020, *see* Dkt. No. 15, the initial pretrial conference currently scheduled for May 1, 2020 is hereby adjourned to May 15, 2020 at 3:30 p.m.

In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

1

SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge