**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

SO ORDERED.  7/8/2020

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

July 7, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties' request for a 45-day stay of all case deadlines from July 7, 2020 to August 21, 2020 is granted.  The initial pretrial conference presently scheduled for July 17, 2020 is hereby adjourned *sine die*.  SO ORDERED.

Re:   Guglielmo v. Atlanta Network Technologies, Inc.: Case No. 1:19-cv-11191-AJN

Dear Judge Nathan:

We represent defendant Atlanta Network Technologies, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Joseph Guglielmo, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 7, 2020 to August 21, 2020.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)